IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WASEEM DAKER, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-CV-113(HL) |
| | * |
| TIMOTHY WARD, et al., | |
| | * |
| Defendants. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated November 3, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 3rd day of November, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk