IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

WASEEM DAKER,                                          *

              Plaintiff,                         *

v.                                                                    Case No. 7:20-cv-113 (LAG-ALS)

                                  *

ROBERT TOOLE, et al.,                             *

              Defendants.                     *

_____     *

**J U D G M E N T**

    Pursuant to this Court's Order dated March 31, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

    This 31st day of March, 2026.

                           David W. Bunt, Clerk


                           s/ Katie Logsdon, Deputy Clerk